EDWARD F. LINTON, Appellant, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

*Linton* v. *Long Island R. R. Co*, 91 App. Div. 515, affirmed.
(Argued December 12, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second-judicial department, entered March 12, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*R. Percy Chittenden* for appellant.

*George W. Wingate* and *Joseph F. Keany* for respondent.

Judgment affirmed, with costs, on the ground that under the statute the plaintiff's claim is against the fund provided by the municipality and not against the defendant.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

CLIFFORD T. STRICKLAND, Respondent, *v.* WILLIAM HENRY, Appellant.

*Strickland* v. *Henry*, 97 App. Div. 637, affirmed.
(Argued December 12, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 20, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles M. Stafford* for appellant.

*John R. Farrar* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.